## BEFORE THE JUDICIAL PANEL ON
## MULTIDISTRICT LITIGATION

**MDL No. 2327 - In re Ethicon, Inc., Pelvic Repair System Products Liability Litigation**

*Poole, et al v. Ethicon, Inc., et al.*, S.D.Texas, C.A. No. 4:12-00339

### NOTICE OF OPPOSITION TO CTO-1

I represent Plaintiffs Cheryl Poole and Kenneth Poole in the above captioned action, which is included on the conditional transfer order (CTO-1). Plaintiffs submit this opposition to the conditional transfer order. I understand that the motion and brief to vacate are due in 14 days.

        Sincerely,
        Houssiere, Durant & Houssiere, LLP


        By: /s/Charles R. Houssiere, III
            Charles R. Houssiere, III
            Lead Counsel
            Texas Bar No. 10050700
            Randal A. Kauffman
            Texas Bar No. 11111700
1990 Post Oak Blvd., Suite 800
Houston, Texas 77056
Telephone: (713)626-3700
Facsimile: (713)626-3709
choussi@HDHtex.com
astinnett@HDHtex.com
rkauffman@HDHtex.com

        Counsel for Plaintiffs

### Proof of Service

I hereby certify that I electronically filed the above *Notice of Opposition to CTO-1* in the Judicial Panel on Multidistrict Litigation, and that service on those persons listed below, all other attorneys, known Electronic Filing Users, will be automatically accomplished through the Notice of Electronic Filing.

Jesse Thomas Anderson
Melanie Sue Bailey
Timothy J. Becker
Daniel E. Becnel, Jr.

Jan R. McLean Bernier
Gary Bryan Blasingame
Anne-Marie Brockland
Michael Lee Brown
Thomas P. Cartmell
Howard Louis Close
Andrew Terrian Coinier
Martin Daniel Crump
Taylor D. Daly
Margaret F. Dean
Nancy Karen Deming
Andrew J. Donelan
Tony W. Edwards
Yvonne M. Flaherty
James A. Frisbie
Harry G. Garrardd, III
Michael Steven Goetz
Melissa A. Graff
David Dennis Greene
Amy Collignon Gunn
Susie Lin Hahn
Dan B. Hall
Stacy K. Hauer
Adrienne L. Hernandez
Andrew J. Hill, III
Lee J. Hollis
Tracy W. Houck
Patrick Hillary Hufft
Kent O. Hyde
Anthony D. Irpino
James B. Irwin, V
Erica M. James
Michael K. Johnson
Roger Alan Johnson
Stephanie Lottinger Irwin
Christy D. Jones
Richard A. Kent
Sigurds Michael Krolls
Jeffrey M. Kuntz
Adam Bryant Land
William E. Lawton
Matthew B. Lerner
Joseph Andrew Love
Scott Anthony Love
Rita A. Maimbourg

Stefan A. Mallen
Craig A. Marvinney
Steven A. Matasich
James B. Matthews, III
Matthew B. Moreland
William Michael Moreland
Mark Mueller
Kenneth A. Murphy
Dianne M. Nast
Richard B. North, Jr.
Nicholas H. Patton
Joshua Seth Perilman
Susan J. Pope
Lynn Peeples Pruit
Mary G. Pryor
Ronald L. Riggle
Beth S. Rose
S. Eric Rumanek
Edmund J. Schmidt, III
Adam Julius Spicer
Bettina J. Strauss
Jon A. Strongman
William R. Stuart, III
Caroline M. Tinsley
David E. Tuszynski
Breanne Michelle Vandermeer
Daniel W. Van Horn
Tracy J. Van Steenburgh
Josh B. Wages
Brian R. Wilson
John A. Zick

/s/Charles R. Houssiere, III
Charles R. Houssiere, III
Randal A. Kauffman