## UNITED STATES JUDICIAL PANEL
## MULTIDISTRICT LITIGATION

**IN RE: ETHICON, IN., PELVIC REPAIR**                    **MDL No: 2327**
**SYSTEM PRODUCTS LIABILITY LITIGATION**

**Malcolm v. Boston Scientific Corporation et al., MOW/3:12-cv-05017**
**Hartman Hagensicker v. Boston Scientific Corporation, et al., MOW/3:12-cv-05018**

## <u>NOTICE OF OPPOSITION TO CTO-1</u>

I represent defendants, Freeman Health Systems, Todd Richards, M.D. and Christopher

Roberts, M.D., in the above captioned actions which are included on the conditional transfer

order (CTO-1).  Defendants submit this opposition to the conditional transfer order.  I understand

that the motion and brief to vacate are due in 14 days.

Respectfully submitted,

By: _/s/  Kent O. Hyde_
Kent O. Hyde
Missouri Bar No. 32088
Hyde, Love & Overby, LLP
1121 S. Glenstone
Springfield, MO 65804
Phone: 417-831-4046
Fax: 417-831-4989
kohyde@aol.com

Attorneys for Defendants
Todd. A. Richards, M.D.,
Christopher H. Roberts, M.D.
Freeman Health System

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 17th, 2012, the foregoing was filed electronically with the Clerk of the Court to serve by operation of the Court's electronic filing system upon the following:

Roger Johnson
JOHNSON, VORHEES & MARTUCCI
510 W. 6th St.
Joplin  MO  64801
Phone: 417/206-0100
Fax: 417/206-0110
rjohnson@rj-law.com
Counsel for Plaintiffs
Alicia Malcolm and
Linda Hartman Hagensicker

Adrienne L. Hernandez
Jon A. Stongman
SHOOK, HARDY & BACON, LLP
2555 Grand Boulevard
Kansas City, MO 64108
Phone: 816/474-6550
Fax: 816/421-5547
jstongman@shb.com
ahernandez@shb.com
Counsel for Defendant Boston Scientific Corp.

Bettina J. Strauss, Esq
BRYAN CAVE, LLP
One Metropolitan Square
St. Louis, Missouri 63102-2750
Phone: 314/259-2525
bjstrauss@bryancave.com
Counsel for Defendant Ethicon

<u>/s/ Kent O. Hyde</u>

–2–