**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE ETHICON, INC., PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION                    MDL No. 2327

This Document Relates to the Case Identified
Below:

---

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CHERIE ARCENEAUX and SCOTT ARCENEAUX, § § § *Plaintiffs*, § § § § v. § JOHNSON & JOHNSON and ETHICON, INC., § *Defendants*. § § | Civil Action No.: 2:12-CV-01599 |

---

## NOTICE OF OPPOSITION TO CTO-38

I represent Defendants Johnson & Johnson and Ethicon, Inc. ("Defendants") in the above captioned action, which is included on the Panel's July 2, 2012 Conditional Transfer Order (CTO-38). Defendants submit this opposition to the Conditional Transfer Order. I understand that the motion and brief to vacate are due in 14 days.

THIS, the 6th day of July, 2012.

                                        Respectfully submitted,

                                        */s/ Christy D. Jones*

                                        Christy D. Jones
                                        Butler, Snow, O'Mara, Stevens &
                                        Cannada, PLLC
                                        1020 Highland Colony Parkway
                                        Suite 1400

Ridgeland, MS 39157  
601-948-4523 telephone  
601-985-4500 facsimile  
christy.jones@butlersnow.com

*Attorney for Defendants Johnson & Johnson and Ethicon, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2012, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

Dated:  July 6, 2012

/s/ Christy Jones  
Christy D. Jones

ButlerSnow 9662983v1