BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

_____

IN RE: ETHICON, INC., PELVIC REPAIR      )
SYSTEM PRODUCTS LIABILITY                )
LITIGATION                               )       MDL DOCKET NO. 2327

_____

This Document Relates to the following case:

*DeLeon v. Tey, M.D. et al.*, United States District Court for the Southern District of Texas, 7:12-CV-0338

## NOTICE OF OPPOSITION
## TO CONDITIONAL TRANSFER ORDER NO. 61

COMES NOW, the Plaintiff in the above styled action ("Plaintiff"), by and through the undersigned counsel, and files this Notice of Opposition to Conditional Transfer Order No. 61 ("CTO-61"), pursuant to Rule 7.1 of the Rules of Procedure of the Judicial Panel on Multi-District Litigation and would respectfully show the Panel as follows:

1. Plaintiff is an individual who filed her lawsuit in the state court of Texas to recover damages caused by the implantation of Pelvic Mesh Products.

2. On September 25, 2012, the Panel for Multi-District Litigation filed CTO-61, ordering the transfer of Plaintiff's case to the United States District Court for the Southern District of West Virginia.

3. Plaintiff opposes the transfer of her case to the Southern District of West Virginia. Plaintiff has therefore filed this Notice of Opposition to Conditional Transfer Order No. 61 in accordance with the rules and deadlines prescribed by the Rules of Procedure of the Judicial Panel on Multi-District Litigation.  Plaintiff further intends to file a Motion to

Vacate the Conditional Transfer Order and supporting Brief within fourteen days after filing this Notice of Opposition.

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff hereby serves notice of Plaintiff's opposition to Conditional Transfer Order No. 61 and further express Plaintiff's intent to file a motion to vacate Conditional Transfer Order No. 61 within 14 days of the filing of this notice.

DATED this 25th day of September, 2012.

Respectfully submitted,

  /s/ Scott A. Love
Scott A. Love, Federal ID No. 22639

**CLARK, LOVE & HUTSON, G.P.**
Clayton A. Clark
Scott A. Love
W. Michael Moreland
400 Louisiana St., Ste. 1600
Houston, Texas 77002
Telephone No. (713) 757-1400
Telecopier No. (713) 759-1217

**THE MOORE LAW FIRM**
J. Michael Moore
4900 North 10th Street, Suite E - 2
McAllen, TX 78504
Phone: 956-631-0745
Fax: 888-266-0971

**GUERRA LAW GROUP**
Carlos L. Guerra
4201 North McColl
McAllen, TX 78504
Phone: 956-618-3000
Fax: 956-686-4200

**FREESE AND GOSS, PLLC**
Tim K. Goss

3031 Allen St., Ste. 200
Dallas, TX  75204
Phone:  (214) 761-6610
Fax:  (214) 761-6688

**MATTHEWS & ASSOCIATES**
David P. Matthews
2905 Sackett
Houston, TX 77098
Phone:  (713) 522-5250
Fax:  (713) 535-7140

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk for The Judicial Panel on Multidistrict Litigation pursuant to its electronic case filing system (ECF).  The ECF sent a "Notice of Electronic Filing" to the attorneys of record who have consented to accepting service via this method.

/s/ Scott A. Love
Scott A. Love