## UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. 2327 _____ & TITLE - IN RE: Ethicon, Inc., Pelvic Repair Sys. Prods. Liab. Litig.

# NOTICE OF APPEARANCE
*Appearances should only be entered in compliance with Rule 4.1(c).*

**PARTIES REPRESENTED (indicate plaintiff or defendant--attach list if more than one action):**

Cook Group Inc., Cook Incorporated, Cook Biotech Inc., Cook Urological Incorporated, Cook Medical Incorporated

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if more than one action):**

A schedule of actions is attached.

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

In compliance with **Rule 4.1(c)**, the following designated attorney is authorized to file and receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

| 2/19/2013 | /s/Douglas B. King |
|---|---|
| Date | Signature of Attorney or Designee |

**Name and Address of Designated Attorney:**

Douglas B. King, Wooden & McLaughlin LLP, 211 N. Pennsylvania St., Suite 1800, Indianapolis, IN 46204

Telephone No.: 317-639-6151          Fax No.: 317-639-6444

Email Address: dking@woodmclaw.com

**Instructions:**

1. From the JPML home page, download Notice of Appearance. Fill out form and save in .pdf format. (All documents filed with the Judicial Panel must be in PDF Format.) The Appearance Form is to be filed as the main PDF document. Any documents submitted with the Appearance Form are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Notices. Select the appropriate Notice of Appearance. Select Next.
4. Enter the three or four digit MDL number (ex. 875). Select Next.
5. Verify MDL number, if correct Select Next.
6. Choose the case(s) for which the Appearance is being filed. Select Next.
7. Select Party. Select next twice.
8. Upload the Appearance Form as the Main document and all other documents as attachments. Be sure to choose a category and description. Select the document to which the Appearance relates. (Note: Appearances filed in new litigations will be linked to the initial Motion for Transfer and Appearances filed in transferred litigations should be linked to the Conditional Transfer Order (CTO).
9. Select the next button and verify docket text. If correct continue to select next to complete the transaction.

## SCHEDULE OF ACTIONS

| CASE CAPTIONS | COURT | CIVIL ACTION NO. |
|---|---|---|
| Plaintiffs:<br>Carol Sciarro<br><br>Defendants:<br>Cook Group, Inc., Cook Incorporated, Cook Biotech, Inc., Cook Urological Incorporated, Cook Medical, Inc., Johnson & Johnson, Ethicon, Inc., and Ethicon, LLC | Middle District of Florida (Orlando) | 6:13-cv-00170-JA-TBS |
| Plaintiffs:<br>Rebecca Sitten and William Sitten<br><br>Defendants: Johnson & Johnson, Ethicon, Inc., Ethicon, LLC, Cook Group, Inc., Cook Incorporated, Cook Biotech, Inc., Cook Urological Incorporated, Cook Medical, Inc., and W.L. Gore & Associates Inc. | Middle District of Georgia (Macon) | 5:13-cv-00045-MTT |
| Plaintiffs:<br>Marilyn Pittsley and William Pittsley<br><br>Defendants:<br>Johnson & Johnson, Ethicon, Inc., Ethicon, LLC, Cook Group, Inc., Cook Incorporated, Cook Biotech, Inc., Cook Urological Incorporated, and Cook Medical, Inc. | District of Montana (Missoula) | 9:12-cv-00916-DLC |

## CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2013, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in MDL 2327.

I hereby certify that the foregoing document was served via electronic mail and United States Mail, First Class, postage prepaid, this 19th day of February, 2013 on the following counsel in the *Sciarro*, *Sitten*, and *Pittsley* cases:

C. Calvin Warriner, III, FL #374131
Brenda S. Fulmer, FL # 999891
Searcy Denney Scarola Barnhart
    & Shipley, P.A.
2139 Palm Beach Lakes Boulevard
P.O. Drawer 3626
West Palm Beach, FL  33409-6601
ccw@searcylaw.com
bsf@searcylaw.com

Attorneys for Plaintiff Carol Sciarro

Wesley Chadwick Cook
Andy D. Birchfield, Jr.
P. Leigh O'Dell
Kendall C. Dunson
Beasley, Allen, Crow, Methvin, Portis &
Miles, P.C.
P.O. Box 4160
Montgomery, AL 36103-4160
chad.cook@beasleyallen.com
andy.birchfield@beasleyallen.com
leigh.odell@beasleyallen.com
kendall.dunson@beasleyallen.com

Attorneys for Plaintiff Rebecca Sitten and
William Sitten

David R. Paoli
Paoli Kutzman, P.C.
257 W. Front St., Suite A
P.O. Box 8131
Missoula, MT 59802-8131
davidrp@aol.com

Attorney for Plaintiff Marilyn and William
Pittsley

William E. Lawton, FL #163236
Dean, Ringers, Morgan and Lawton, P.A.
Capital Plaza 1
201 E. Pine St., Suite 1200
P.O. Box 2928
Orlando, FL  32802-2928
Wlawton@drml-law.com

Attorneys for Defendants Johnson & Johnson,
Ethicon, Inc., and Ethicon LLC (*Sciarro* case)

Christy D. Jones
Butler Snow O'Mara Stevens & Canada, PLLC
1020 Highland Colony Parkway, Suite 1400
Ridgeland, MS 39157
Christy.jones@butlersnow.com

Attorneys for Defendants Johnson & Johnson,
Ethicon, Inc., and Ethicon LLC in MDL 2327

Christina P. Jacxsens
Lori Cohen
Greenberg Traurig, LLP
3333 Piedmont Road NE
Suite 2500
Atlanta, GA 30305
JacxsensC@gtlaw.com
cohenl@gtlaw.com

Attorneys for Defendant W.L. Gore &
Associates (*Sitten* case)

*/s/ Douglas B. King*
Douglas B. King, Esq.