**BEFORE THE JUDICIAL PANEL ON**
**MULTIDISTRICT LITIGATION**

**MDL No. 2327 – In re Ethicon, Inc., Pelvic Repair System Products Liability Litigation**

*Kimberly Peake v. Ethicon, Inc., et. al.,* D. Vermont, C.A. No. 5:13-cv-00093

### NOTICE OF OPPOSITION TO CTO-85

I represent Plaintiff Kimberly Peake in the above captioned action which is included on the conditional transfer order (CTO-85). Plaintiff Kimberly Peake submits this opposition to the conditional transfer order. I understand that the motion and brief to vacate are due in 14 days.

Dated: June 11, 2013

Respectfully Submitted,
MUELLER LAW PLLC

s/Mark R. Mueller
Mark R. Mueller
404 West 7th Street
Austin, Texas 78701
Tel: (512) 478-1236
Fax: (512) 478-1473
receptionist@muellerlaw.com

**PROOF OF SERVICE**

   I hereby certify that on June 11, 2013, I served the foregoing by electronic mail and U.S. Mail upon the following counsel of record:

Christy D. Jones, Esq. (christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com)
Butler, Snow, O'Mara, Stevens & Cannada, PLLC
1020 Highland Colony Parkway
Suite 1400
Ridgeland, MS 39157
Tel: (601) 948-5711
Fax: (601) 985-4500

Walter E. Judge, Jr., Esq. (wjudge@drm.com)
Matthew S. Borick, Esq. (mborick@drm.com)
Downs Rachlin Martin PLLC
199 Main Street, P.O. Box 190
Burlington, VT 05402-0190
Tel: (802) 863-2375
Fax: (802) 862-7512

S. Crocker Bennett, II, Esq. (cbenne@pfclaw.com)
Paul Frank + Collins PC
1 Church Street
P.O. Box 1307
Burlington, VT 05402-1307
Tel: (802) 658-2311
Fax: (802) 658-0042

Ritchie E. Berger (rberger@dinse.com)
Dinse, Knapp & McAndrew, P.C.
209 Battery Street
P.O. Box 988
Burlington, VT 05402-0988
Tel: (802) 864-5751
Fax: (802) 862-6409

               s/Mark R. Mueller
               Mark R. Mueller