UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION
    Fountain v. Johnson & Johnson, et al.,            )
        E.D. Pennsylvania, C.A. No. 2:14-01605     )          MDL No. 2327

ORDER VACATING TRANSFER ORDER

A conditional transfer order was filed in this action (*Fountain*) on March 27, 2014. Prior to expiration of that order's 7-day stay of transmittal, plaintiff in *Fountain* filed a notice of opposition to the proposed transfer. Plaintiff later filed a motion and brief to vacate the conditional transfer order. This matter was then considered by the Panel at its hearing session in Chicago, Illinois, on May 29, 2014. The Panel has now been informed that *Fountain* was remanded to the Court of Common Pleas of Philadelphia County, Pennsylvania, by the Honorable Edmund V. Ludwig in an order filed on June 6, 2014.

IT IS THEREFORE ORDERED that the Panel's transfer order filed on June 9, 2014, is VACATED insofar as it relates to this action.

                                                                FOR THE PANEL:

                                                                _____
                                                                Jeffery N. Lüthi
                                                                Clerk of the Panel