UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION
 Hutsell v. Johnson & Johnson, et al.,          )
  E.D. Pennsylvania, C.A. No. 2:14-01606    )          MDL No. 2327

ORDER VACATING TRANSFER ORDER

A conditional transfer order was filed in this action (*Hutsell*) on March 27, 2014. Prior to expiration of that order's 7-day stay of transmittal, plaintiff in *Hutsell* filed a notice of opposition to the proposed transfer. Plaintiff later filed a motion and brief to vacate the conditional transfer order. This matter was then considered by the Panel at its hearing session in Chicago, Illinois, on May 29, 2014. The Panel has now been informed that *Hutsell* was remanded to the Court of Common Pleas of Philadelphia County, Pennsylvania, by the Honorable C. Darnell Jones, II, in an order signed on June 5, 2014.

IT IS THEREFORE ORDERED that the Panel's transfer order filed on June 9, 2014, is VACATED insofar as it relates to this action.

                                        FOR THE PANEL:

                                        _____
                                        Jeffery N. Luthi
                                        Clerk of the Panel