IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

MARK SMITH, Administrator
and Personal Representative of
the Estate of Patricia V. Smith,

        Plaintiff,

v.                          CIVIL ACTION NO.   2:12-cv-01498

ETHICON, INC., et al.,

        Defendants.

**ORDER AND SUGGESTION OF REMAND**

Pursuant to 28 U.S.C. § 1407 and the Rules for Multidistrict Litigation promulgated thereunder, specifically Rule 10.1(b), the court suggests that this action be remanded to the United States District Court for the Eastern District of Kentucky, Northern Division. All pretrial proceedings, including discovery and dispositive and *Daubert* motion practice, are substantially complete, and the case is ready for trial.   I have attached a Suggestion of Remand Memorandum for the transferor court's reference.

Upon receipt of an order to remand from the Clerk of the Judicial Panel on Multidistrict Litigation ("MDL Panel") *and* any joint designation of the MDL 2327 record by counsel, the Clerk of this court is directed to transmit the following to the transferor court:   (1) a copy of the member case docket sheet; (2) the entire file for the member case; (3) the docket sheet for MDL 2327, 2:12-md-2327; (4) all Pretrial Orders ("PTO") entered in 2:12-md-2327; and (5) any other filing from 2:12-md-2327 which the parties jointly designate.   It is **ORDERED** that within seven (7) days of

the MDL Panel's transmittal of the remand order to this court, the parties shall file a joint designation of any non-PTO filings from 2:12-md-2327.  Designations must include all general causation *Daubert* motions, responses and replies for any expert identified by the parties in this case. *Once the case is remanded to the transferor court*, the court **ORDERS** that within fourteen (14) days of filing of the confirmation from the transferor court that the case has been opened in that court, the parties jointly file each of the pleadings identified in their designations in the remanded case separately and include a cover page for each pleading that identifies the ECF number for that pleading from the main MDL 2327.

      The court **DIRECTS** the Clerk to send a copy of this Order and Suggestion of Remand to the Clerk of the MDL Panel, counsel of record and any unrepresented party.

      ENTER: March 20, 2018

_____
ROBERT C. CHAMBERS, CHIEF JUDGE