IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                                          MDL 2327

ORDER
(Order Closing MDL Case)

The court **ORDERS** this main MDL case **CLOSED** and **STRICKEN** from the docket. All substantive matters have concluded in this MDL. No member cases remain. The court further **ORDERS** any motions now pending in the MDL are **DENIED.** This does not prevent the future filing of pleadings related to the Fee and Cost Committee.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327.

ENTER:   March 19, 2021

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE